1

2

3

4

5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

6

7

8

9

10

11

VICTOR M. TAGLE, SR.,

                Plaintiff,

    v.

DHS/ICC INS., et al.,

                Defendants.

Case No. 2:18-cv-00815-GMN-DJA

**ORDER &**
**REPORT & RECOMMENDATION**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

On July 19, 2018, the Court denied Plaintiff's application to proceed *in forma pauperis* and ordered plaintiff to file a complete application or pay the $400.00 filing fee for a civil action. (ECF No. 5). On June 14, 2019, the Court again denied Plaintiff's application to proceed *in forma pauperis* and ordered Plaintiff to pay the filing fee because he has an extensive history of filing civil actions in this court that are either malicious or insufficiently pled,[1] so he is ineligible for pauper status unless he is "under imminent danger of serious physical injury." *See* 28 U.S.C. § 1915(g) (a prisoner that has filed 3 or more cases that were dismissed for frivolity, maliciousness, or a failure to state a claim may not proceed in forma pauperis unless he is in imminent danger of serious injury); *see also Tagle v. Core Civic America*, No. 18-16377 (9th Cir. 2018) (where the Ninth Circuit concludes that the district court correctly determined that Tagle had three prior actions dismissed as frivolous, malicious, or for failure to state a claim pursuant to 28 U.S.C. § 1915(g)). (ECF No. 16). The Court also reviewed Plaintiff's complaint and did not

26

27

28

---

[1] *See Tagle v. State of Nevada*, 2:15-cv-02083-RCJ-GWF (dismissed for failure to state a claim); *Tagle v. State of Nevada*, 2:15-cv-02358-MMD-PAL (dismissed for maliciousness and failure to state a claim; *Tagle v. State of Nevada*, 2:16-cv-00852-JAD-VCF (dismissed for maliciousness and failure to state a claim). The court takes judicial notice of the records in these cases.

1  find an indication that he is in imminent danger of serious physical injury.  As such, Plaintiff was

2  required to pay the filing fee by July 13, 2019.

3       To date, Plaintiff has not paid the $400.00 filing fee.  The Court will recommend that his

4  case be dismissed with prejudice.  The Court will also deny all of Plaintiff's other pending

5  motions without prejudice until this report and recommendation is ruled on by the District Judge.

6  **ORDER**

7       IT IS THEREFORE ORDERED that Plaintiff's Motion for Extraordinary Relief of

8  Mandamus (ECF No. 21) is **denied without prejudice**.

9       IT IS FURTHER ORDERED that Plaintiff's Motion for Addition of Defendants (ECF

10  No. 22) is **denied without prejudice**.

11       IT IS FURTHER ORDERED that Plaintiff's Motion for Issuance of Summons and Other

12  Motions (ECF No. 23) is **denied without prejudice**.

13  **RECOMMENDATION**

14       IT IS THEREFORE RECOMMENDED that Plaintiff's case be **dismissed with**

15  **prejudice**.

16  **NOTICE**

17       This report and recommendation is submitted to the United States district judge assigned

18  to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation

19  may file a written objection supported by points and authorities within fourteen days of being

20  served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely

21  objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d

22  1153, 1157 (9th Cir. 1991).

24       DATED: September 9, 2019.

26  DANIEL J. ALBREGTS
   UNITED STATES MAGISTRATE JUDGE