# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR M. TAGLE, SR., | Case No. 2:18-cv-00815-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| DHS/ICC INS., et al., | |
| Defendants. | |

On September 9, 2019, the Court recommended that this case be dismissed with prejudice because Plaintiff has an extensive history of filing civil actions in this court that are either malicious or insufficiently pled[1] and Plaintiff's complaint did not indicate that he is in imminent danger of serious physical injury. (ECF No. 24). The Court will now deny all of Plaintiff's other pending motions without prejudice until the report and recommendation is ruled on by the District Judge.

IT IS THEREFORE ORDERED that Plaintiff's Request for Submission of Motions (ECF No. 25) is **denied without prejudice**.

IT IS FURTHER ORDERED that Plaintiff's Request for Immediate Action (ECF No. 26) is **denied without prejudice**.

DATED: September 18, 2019.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] *See Tagle v. State of Nevada*, 2:15-cv-02083-RCJ-GWF (dismissed for failure to state a claim); *Tagle v. State of Nevada*, 2:15-cv-02358-MMD-PAL (dismissed for maliciousness and failure to state a claim; *Tagle v. State of Nevada*, 2:16-cv-00852-JAD-VCF (dismissed for maliciousness and failure to state a claim). The court takes judicial notice of the records in these cases.